Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

No CV30

# UNITED STATES DISTRICT COURT
for the
Central District of California 
Western Division

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ᴅᴛᴀ   DEPUTY

La Shauna M. Griffin

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Los Angeles County, Francisca Campbell, Alex Medina, America Rodriguez, Alma Young, Luisa Barreto, Cristina Rosales, Kimberly Green, Pamela, Fontenot, Yvette Mendoza, Rosa Muro

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:21cv981-DOC-JDEx
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | La Shauna M. Griffin |
| Street Address | 2923 North Bristol Street Apt. E |
| City and County | Santa Ana, Orange County |
| State and Zip Code | CA, 92706 |
| Telephone Number | (714) 884-9596 |
| E-mail Address | ltsshauna86@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Francisca Campbell |
| Job or Title (if known) | Administrative Services Manager III |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address (if known) | FranciscaCampbell@dpss.lacounty.gov |

Defendant No. 2

| | |
|---|---|
| Name | America Rodriguez |
| Job or Title (if known) | Administrative Services Manager II |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address (if known) | AmericaRodriguez@dpss.lacounty.gov |

Defendant No. 3

| | |
|---|---|
| Name | Alex Medina |
| Job or Title (if known) | Administrative Services Manager I |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address (if known) | AlexMedina@dpss.lacounty.gov |

Defendant No. 4

| | |
|---|---|
| Name | Alma Young |
| Job or Title (if known) | Administrative Services Manager I |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address (if known) | AlmaYoung@dpss.lacounty.gov |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Luisa Barreto |
| Job or Title *(if known)* | Management Analyst |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address *(if known)* | LuisaBarreto@dpss.lacounty.gov |

Defendant No. 2

| | |
|---|---|
| Name | Cristina Rosales |
| Job or Title *(if known)* | Administrative Services Manager I |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address *(if known)* | CristinaRosales@dpss.lacounty.gov |

Defendant No. 3

| | |
|---|---|
| Name | Kimberly Green |
| Job or Title *(if known)* | Administrative Services Manager I |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address *(if known)* | KimberlyGreen@dpss.lacounty.gov |

Defendant No. 4

| | |
|---|---|
| Name | Pamela Fontenot |
| Job or Title *(if known)* | Administrative Services Manager II |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address *(if known)* | PamelaFontenot@dpss.lacounty.gov |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Yvette Mendoza |
| Job or Title *(if known)* | Intermediate Clerk |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address *(if known)* | YvetteMendoza@dpss.lacounty.gov |

Defendant No. 2

| | |
|---|---|
| Name | Rosa Muro |
| Job or Title *(if known)* | Administrative Services Manager I |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | |
| E-mail Address *(if known)* | RosaMuro@dpss.lacounty.gov |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Department of Public Social Services (Academy) |
| Street Address | 12440 East Imperial Hwy 6th floor |
| City and County | Norwalk, Los Angeles County |
| State and Zip Code | CA, 90650 |
| Telephone Number | (562) 345-7834 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Civil Rights, Fair Pay, Breach of contract, OSHA, Whistleblower, FMLA, Freedom of speech

☑ Relevant state law *(specify, if known)*:
Discrimination, harassment, retaliation

☐ Relevant city or county law *(specify, if known)*:



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVENOR

DIRECTOR KEVIN KISH

Stephen Strati
Human Resources
COUNTY EQUITY INVESTIGATION UNIT
500 West Temple Street, Suite 588
Los Angeles, CA 90012

EEOC Number     480-2021-00545C
Case Name       La Shauna M. Griffin
Filing Date     January 28, 2021

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), by the United States Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. **This state Right to Sue Notice allows you to file a private lawsuit**. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✔] Termination of my employment.
- [✔] Failure to promote me.
- [✔] Failure to accommodate my disability.
- [✔] Unequal terms and conditions of my employment.
- [✔] Retaliation.
- [✔] Other acts *(specify)*: Harassment, denial of COVID sick time/incorrect coding

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
April 2018 - Present

C. I believe that defendant(s) *(check one)*:
- [✔] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [✔] race — African-American (black)
- [ ] color
- [✔] gender/sex — Male Supervisor until aprox 8-2021
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✔] disability or perceived disability *(specify disability)*
  Mobility

E. The facts of my case are as follows. Attach additional pages if needed.

Shortly after my hire date of April 26, 2018 I began to experience discrimination and harassment, which a County Policy of Equit Complaint was filed. After my transfer was approved, I've been subjected to even more harassment within a hostile and unruly working environment. I've followed all procedures to the best of my ability to report such incidents to Management, my Union, and have filed complaints via the County Policy of Equity, the Equal Employer Opportunity Commision's Office as well as the Department of Labor regarding my concerns. My conecrns are for out of class pay i have yet to receive, workload issues, FMLA accomodations/consideration, incorrect COVID-19 sick time coding, denial of COVID-19 sick time usage, unfair coding and usage of my COVID-19 sick time usage, and hostile workplace.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
January 28, 2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  04/24/2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I'm seeking monetary compensation in the amounts of my regular salary per month of approximately $3,600/month in addition to bonuses for additional responsibilities I've performed and were not compensated for, or which a promotion would have increased my salary/bonus.

I'm seeking monetary compensation for pain and suffering, mental anguish, emotional and physical distress, stress and anxiety, loss of past, present and future wages, loss of time, accumulated bills, late fees, time waiting to be made whole, loss of promotions and bonuses, wages owed due to incorrect coding of sick time, time spent seeking/searching for other employment.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/16/2021

Signature of Plaintiff
Printed Name of Plaintiff: La Shauna M. Griffin

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

LaShauna H. Griffin
2923 N. Bristol St Apt E
Santa Ana, CA 92706

NO

United States District Court
Central District of California
Western Division
350 W. 1st street Suite 4311
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 27 2021
CENTRAL DISTRICT OF CA
BY