La Shauna M. Griffin
Itsshauna86@gmail.com
P.O Box 23082
Santa Ana, California 92711
Telephone: (714) 884-9596
Plaintiff in Pro Per



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Shauna M. Griffin, | Case No. 8:21-cv-00981-DOC-JDE |
| Plaintiff, | |
| vs. | Ninth District Case No. 21-55716 |
| Los Angeles County; et al., | **Request for Entry of Default and Default Judgment** |
| Defendant. | |

    I, La Shauna Griffin submit a request to the judge of this court for an entry of default against Defendant Los Angeles County pursuant to Federal Rule of Civil Procedure 55(a), including default judgment for the relief sought of my further amended complaint submitted November 25, 2022.

    In support of this motion, La Shauna Griffin relies upon the record in both cases, and the affidavit submitted herein.

Dated this 25th day of December 2022.

                                                                                *La Shauna Griffin*
                                                                                     Pro per