# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA SHAUNA M GRIFFIN<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES COUNTY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:21–cv–00981–DOC–JDE<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Los Angeles County  for the following reason(s):

- ‗ No declaration as required by F.R.Civ.P 55(a)
- ‗ No proof of service/waiver of service on file
- ‗ The name of the person served does not exactly match the person named in complaint
- ‗ Proof of Service is lacking required information
- ‗ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ‗ Time to respond has not expired
- ‗ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ‗ Request for Entry of Default has been forwarded to the assigned Judge
- ‗ Party dismissed from action on
- X Case terminated on 6/25/21
- ‗ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- ‗ Other:

The Clerk cannot enter the requested **Default Judgment** against  Los Angeles County  for the following reason(s):

- ‗ No Entry of Default on file
- ‗ No declaration as required by F.R.Civ.P 55(b)
- ‗ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ‗ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ‗ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ‗ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ‗ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ‗ Attorney Fees sought not in compliance with Local Rule 55–3
- ‗ Amount sought for costs is incorrect
- X Case terminated on 6/25/21
- ‗ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ‗ Other:

CLERK, U.S. DISTRICT COURT

Date:  December 27, 2022         By:  /s/ *Trina DeBose*
                                     Deputy Clerk
                                     trina_debose@cacd.uscourts.gov

CV–52B(09/12)        NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT