JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: SA CV 21-00981-DOC-(JDEx)                    Date: June 27, 2023

Title:   La Shauna M. Griffin v. Los Angeles County, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|                Karlen Dubon                |              Not Reported              |
| :----------------------------------------: | :------------------------------------: |
|               Courtroom Clerk              |             Court Reporter             |
| ATTORNEYS PRESENT FOR PLAINTIFF:           | ATTORNEYS PRESENT FOR DEFENDANT:       |
|                None Present                |              None Present              |

**PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING CASE WITHOUT PREJUDICE**

On June 5, 2023 the Court granted the plaintiff leave to file a Third Amended Complaint on or before **June 26, 2023** (Dkt. 67). Furthermore, the Court strongly encouraged plaintiff to retain counsel or otherwise consult professional legal assistance via the Court's Pro Se Clinic for proper filing procedures under the Federal Rules of Civil Procedures.

As of June 27, 2023, plaintiff has failed to file an amended complaint by the given date. Therefore the Court dismisses without prejudice.

MOTION for Judgment on the Pleadings filed by Defendant Los Angeles County [59] is DENIED as moot.

                                                                  :
                                              Initials of Deputy Clerk: kdu